.1 *Adoption Fees.* The petitioner shall pay all adoption fees when he begins the adoption proceeding. The fees are limited to the filing fee for adoption, the record of adoption fee, and the fee for a certified copy of the order of adoption. A filing fee shall not be charged for a motion for immediate confirmation of adoption.

.2 *Statement Describing Money or Other Consideration.* Before entry of the order terminating rights and placing the child for adoption, the petitioner shall file a statement of any money or other consideration that he has paid to or exchanged with any person in connection with the adoption proceedings. The petitioner shall file an amended statement immediately before the entry of the final order of adoption.

PC Rule 755. *Rehearings.*

A rehearing under MCLA 710.64(1); MSA 27.3178(555.64)(1) may be had only for good cause shown.

A copy of this order shall be given to the Secretary of the State Bar of Michigan and to the Court Administrator, in order that they may make the notifications specified in GCR 1963, 933. Any comments concerning these proposed new rules should be forwarded to the Clerk of the Michigan Supreme Court within 30 days from the publication of this order in the State Bar Journal.

APRIL 7, 1976

IN THE MATTER OF BENNETT. (Docket No. 58220.) The request for the appointment of master, filed by the Judicial Tenure Commission pursuant to GCR 1963, 932.10(b), is considered, and the same is hereby granted. The Honorable William F. Ager, Washtenaw Circuit Judge, is hereby appointed as master for proceedings pursuant to GCR 1963, 932. *Brian J. McMahon,* Executive Director and General Counsel, Michigan Judicial Tenure Commission, petitioner. *Earl Warren Bennett, in propria persona,* respondent.